IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN HEMMES,

    Petitioner,

  v.                                                                                    Case No. 18-cv-868-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Stephen Hemmes denying Hemmes' petition under 28 U.S.C. § 2255 and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |